# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

SUREN BAGHDASARYAN ,

v.

WARDEN OF CALIFORNIA CITY
DETENTION ,

JUDGMENT IN A CIVIL CASE

CASE NO: **1:25‑CV‑01555‑KES‑EPG**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/20/2026 .**

ENTERED:   **February 20, 2026**      /s/  **Keith Holland**
                                                    Clerk of Court